## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TOMMY CLARK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-00033 |
| | ) | REEVES/POPLIN |
| SAFECO INSURANCE COMPANY OF | ) | |
| ILLINOIS, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Defendant's motion for summary judgment is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED**, **with prejudice.**

The Clerk is **DIRECTED** to remove the trial scheduled for February 5, 2019, from the court's docket**.**

_____
UNITED STATES DISTRICT JUDGE

1